IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS  JUDGE AMY ST. EVE
EASTERN DIVISION

| | |
|---|---|
| DOROTHY SIMMONS, ) | 02 C 9492  MAGISTRATE JUDGE MASON |
| Plaintiff, ) | |
| v. ) | CIVIL ACTION NO. |
| DEPARTMENT OF CENTRAL ) MANAGEMENT SERVICES, ) STATE OF ILLINOIS, ) | COMPLAINT |
| Defendant. ) | |

## NATURE OF ACTION

This is an action under Title VII of the Civil Rights Act of 1964 as amended and the Civil Rights Act of 1991, to correct unlawful employment practices on the basis of sex, and retaliation and to provide appropriate relief to DOROTHY SIMMONS, who was adversely affected by such practices. DOROTHY SIMMONS, an employee with defendant DEPARTMENT OF CENTRAL MANAGEMENT SERVICES, STATE OF ILLINOIS, alleges that she was discriminated against because of her sex by being denied promotion, and retaliated against for filing a charge of discrimination. These charges are alleged with greater particularity in paragraphs 7(a)-(f) below. Plaintiff is a police officer with Defenant.

## JURISDICTION AND VENUE

1. Jurisdiction of the court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343. The action is authorized and instituted pursuant to Section 703 (a)(1) and 704(a) of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. ("Title VII"), and Section 102 of the Civil Rights Act of 1991, 42 U.S.C. § 1981a.

1

2. The employment practices alleged to be unlawful were committed within the jurisdiction of the United States District Court for the Northern District of Illinois, Eastern Division.

## PARTIES

3. At all times relevant to her complaint, plaintiff, DOROTHY SIMMONS, was an individual residing in the State of Illinois.

4. At all relevant times, Defendants, DEPARTMENT OF CENTRAL MANAGEMENT SERVICES, STATE OF ILLINOIS (the "Employers'), a agency of the State of Illinois, has continuously been doing business in the State of Illinois, as defined by Title VII and has continuously had at least 15 employees.

5. At all relevant times, Defendant Employer has continuously been an employer engaged in an industry affecting commerce within the meaning of Sections 701(b), (g) and (h) of Title VII, 42 U.S.C. §§ 2000e(b), (g) and (h).

## STATEMENT OF CLAIMS

6. More than thirty days prior to the institution of her lawsuit, DOROTHY SIMMONS, filed a charge with the U.S. Equal Employment Opportunity Commission alleging violations of Title VII by Defendant Employers. Plaintiff was issued a Right to Sue from the Department of Justice, as Defendant is a public employer. All conditions precedent to the institution of her lawsuit have been fulfilled.

7. Since at least May, 2001, Defendant Employer has engaged in unlawful employment practices in violation of Section 703 (a)(1) and 704(a) of Title VII of the Civil Rights Act of 1964, as amended, § 2000e-2(a)(1) § 2000e-2(k)(1)(a) 42 U.S.C., §

2

2000e-3 ("Title VII"), and Section 102 of the Civil Rights Act of 1991, 42 U.S.C. § 1981a. Specifically, Defendant Employers violated Title VII by;

(a) Subjecting DOROTHY SIMMONS to different terms and conditions of employment because she is a woman by denying her an interview for the position of lieutenant while interviewing other similarly situated males.

(b) Failing to promote DOROTHY SIMMONS to the position of lieutenant while promoting similarly situated males.

(c) Holding DOROTHY SIMMONS to different standards of performance because she is a woman while not grading male officers on the same standards of performance;

(d) Retaliating against DOROTHY SIMMONS by taking away her badge and weapon in retaliation for filing her Charge of Discrimination;

(e) Giving discipline to DOROTHY SIMMONS without giving reasons in violation of defendant's policy because of her sex and in retaliation for raising concerns of discrimination;

(f) Failing to promote DOROTHY SIMMONS because she is a woman and in retaliation for filing a charge of discrimination;

8. The effect of the practices complained of in paragraphs 7(a)-(f) above has been to deprive DOROTHY SIMMONS of equal employment opportunities and otherwise adversely affect her status as an employee, because of her gender.

9. The unlawful employment practices complained of in paragraphs 7(a)-(f) above was intentional.

10. The unlawful employment practices complained of in paragraphs 7(a)-7(f) above was done with malice or with reckless indifference to the federally protected rights of DOROTHY SIMMONS.

## PRAYER FOR RELIEF

Wherefore, the plaintiff DOROTHY SIMMONS respectfully requests that the court order Defendant Employer to:

3

A. Make whole DOROTHY SIMMONS, by providing appropriate back pay with prejudgment interest, in amounts to be determined at trial, and other affirmative relief necessary to eradicate the effects of its unlawful employment practices.

B. Order Defendant Employer to make whole DOROTHY SIMMONS, by providing compensation for past and future pecuniary losses resulting from the unlawful employment practices described in paragraphs 7(a)-7(f) above in amounts to be determined at trial.

C. Order Defendant Employer to make whole DOROTHY SIMMONS, by providing Compensation for past and future non-pecuniary losses resulting from the unlawful practices complained of in paragraphs 7(a)-(f) above, including compensation for emotional pain, suffering, inconvenience, loss of enjoyment of life, damage to reputation, and humiliation, in amounts to be determined at trial.

D. Order Defendant Employer to pay DOROTHY SIMMONS punitive damages for its malicious and reckless conduct described in paragraphs 7(a)-(f) above, in amounts to be determined at trial.

E. Grant such further relief as the Court deems necessary and proper in the public interest.

F. Award attorneys fees and costs of this action.

## JURY TRIAL DEMAND

Plaintiff, DOROTHY SIMMONS, requests a jury trial on all questions of fact raised by her Complaint.

Respectfully submitted,

4

By: *[signature]*
One of Plaintiff's Attorneys

Dated: December 30, 2002

Keith L. Spence
Attorney at Law
33 Denise Ct.
Matteson, IL 60443
708-720-4790

JUDGE AMY ST. EVE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

MAGISTRATE JUDGE MA**Civil Cover Sheet** 02 C 9492

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the Northern District of Illinois.

**Plaintiff(s):** DOROTHY SIMMONS

County of Residence: COOK

Plaintiff's Atty: KEITH L. SPENCE
LAW OFFICE OF KEITH L. SPENCE
10450 S. VINCENNES,
CHICAGO, IL 60643
773-429-1374

**Defendant(s):** ILLINOIS DEPARTMENT OF CENTRAL MANAGEMENT SERVICES

County of Residence:

Defendant's Atty:

**II. Basis of Jurisdiction:** 3. Federal Question (U.S. not a party)

**III. Citizenship of Principal Parties** (Diversity Cases Only)
   Plaintiff:- N/A
   Defendant:- N/A

**IV. Origin:** 1. Original Proceeding

**V. Nature of Suit:** 442 Employment

**VI. Cause of Action:** TITLE VII ACTION FOR FAILURE TO PROMOTE BASED ON GENDER AND RETALIATION

**VII. Requested in Complaint**
   Class Action: No
   Dollar Demand:
   Jury Demand: Yes

**VIII.** This case **IS NOT** a refiling of a previously dismissed case.

Signature: _[signature]_
Date: 12/30/02

If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it.

http://www.ilnd.uscourts.gov/PUBLIC/Forms/auto_js44.cfm                12/30/2002

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### Eastern Division

Double click on question mark for appearance form instructions

In the Matter of

DOROTHY SIMMONS

V.

ILLINOIS DEPT. CENTRAL MANAGEMENT

JUDGE AMY ST. EVE

MAGISTRATE JUDGE MASON

Case Number: **02 C 9492**

APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR:

DOROTHY SIMMONS

---

| (A) | (B) |
|---|---|
| SIGNATURE *[signed]* | SIGNATURE   DEC 31 2002 |
| NAME  KEITH L. SPENCE | NAME |
| FIRM  LAW OFFICE OF KEITH L. SPENCE | FIRM |
| STREET ADDRESS  10450 S. VINCENNES | STREET ADDRESS |
| CITY/STATE/ZIP  CHICAGO, IL 60643 | CITY/STATE/ZIP |
| TELEPHONE NUMBER  773-429-1374 | TELEPHONE NUMBER |
| IDENTIFICATION NUMBER  6257659 | IDENTIFICATION NUMBER |
| MEMBER OF TRIAL BAR?  YES ☐  NO ☑ | MEMBER OF TRIAL BAR?  YES ☐  NO ☐ |
| TRIAL ATTORNEY?  YES ☑  NO ☐ | TRIAL ATTORNEY?  YES ☐  NO ☐ |
|  | DESIGNATED AS LOCAL COUNSEL?  YES ☐  NO ☐ |

| (C) | (D) |
|---|---|
| SIGNATURE | SIGNATURE |
| NAME | NAME |
| FIRM | FIRM |
| STREET ADDRESS | STREET ADDRESS |
| CITY/STATE/ZIP | CITY/STATE/ZIP |
| TELEPHONE NUMBER | TELEPHONE NUMBER |
| IDENTIFICATION NUMBER | IDENTIFICATION NUMBER |
| MEMBER OF TRIAL BAR?  YES ☐  NO ☐ | MEMBER OF TRIAL BAR?  YES ☐  NO ☐ |
| TRIAL ATTORNEY?  YES ☐  NO ☐ | TRIAL ATTORNEY?  YES ☐  NO ☐ |
| DESIGNATED AS LOCAL COUNSEL?  YES ☐  NO ☐ | DESIGNATED AS LOCAL COUNSEL?  YES ☐  NO ☐ |

1-3